UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60360-WPD

ROSARIO ROSADO

    Plaintiff,
vs.

HOSPITALITY SOFNET INC., and
GARY RICHARDS

    Defendants.
_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court upon the Joint Scheduling Report and Proposed Discovery Plan [DE 24] (the "Report"), filed on May 22, 2025. The Court has carefully considered the Report, and is otherwise fully advised in the premises.

In the instant Report, Defendant states that:

Defendants have participated in the submission of this Joint Scheduling Report and Proposed Discovery Plan solely to comply with the Court's Order dated February 28, 2025 [ECF No. 6]. Such submission, however, is without waiver, but rather in full preservation, of Defendants' right to compel arbitration as set forth in the Defendant's Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Complaint dated April 17, 2025 (hereinafter, the "Arbitration Motion") [ECF No. 13]. Defendants assert that all deadlines (including all those which are discovery-related), whether set forth in the Court's Scheduling Order or otherwise, should be stayed pending the Court's decision on the Arbitration Motion.

*See* [DE 24] at p. 1.

On February 28, 2025, the Court issued an Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report and set various deadlines for the parties. [DE 6]. In that order, as the first deadline, the Court ordered the parties to confer within fifteen (15) calendar days after the filing of the first responsive pleading by the last responding defendant. In

this case, Defendant filed Defendants' Motion to Compel Arbitration and Dismiss or Alternatively Stay Complaint [DE 13], which has been referred to United States Magistrate Judge Hunt for appropriate disposition or report and recommendation. *See* [DE 14].

A motion to compel arbitration and/or a motion to dismiss is not a "pleading." *See* Fed. R. Civ. P. 7. As Defendant has not yet filed an Answer, and as Defendant asserts that it objects to a scheduling order being entered at this stage, the Court will strike the instant joint scheduling report [DE 24] as premature.

Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Scheduling Report and Proposed Discovery Plan [DE 24] is hereby **STRICKEN** as premature.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of May, 2025.

cc: All Counsel of Record

WILLIAM P. DIMITROULEAS
United States District Judge