UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60360-WPD

ROSARIO ROSADO

    Plaintiff,
vs.

HOSPITALITY SOFNET INC., and
GARY RICHARDS

    Defendants.
_____/

**OMNIBUS ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION; GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ARBITRATION PROCEEDINGS**

THIS CAUSE is before the Court upon Defendants' Motion to Compel Arbitration and Dismiss or Alternatively Stay Complaint [DE 13], and the September 3, 2025 Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 26]. The Court notes that no objections to the Report [DE 26] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 26] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 26] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 26] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Compel Arbitration and Dismiss or Alternatively Stay Complaint [DE 13] is **GRANTED;**

3. The parties are hereby **COMPELLED** to arbitrate the claims Plaintiff pled in the Complaint;

4. This action is hereby **STAYED** pending arbitration;

5. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of September, 2025.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Magistrate Judge Hunt